IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

DEC 2 -, 2014

CLERK, US DISTRICT COURT
NORFOLK, VA

SHERYL MCCRAY,                        )
                                      )
          Plaintiff,                  )
                                      )        Civil Action No. 4:14 cv 158
     v.                               )        (Formerly No. CL14001589-00 in the
                                      )        Circuit Court for the City
                                      )        of Hampton)
UNITED STATES OF AMERICA, ET AL.      )
                                      )
          Defendant.                  )

## NOTICE OF SUBSTITUTION

Please take notice that, pursuant to 28 U.S.C. § 2679, the United States of America is

hereby substituted for individual defendant, Jonah A. Jancewicz, with respect to plaintiff's tort

claim herein. The grounds for this substitution are:

     1.     Plaintiff alleges that Sergeant First Class (SFC) Jonah A. Jancewicz defamed her

and seeks monetary damages on account thereof, an action sounding in tort.

     2.     The exclusive remedy for persons with claims for damages resulting from the

negligent or wrongful acts or omissions of federal employees taken within the scope of their

employment lies in a suit against the United States of America under the Federal Tort Claims

Act. 28 U.S.C. §§ 2671, 2679.

     3.     Upon certification by the Attorney General or his designee that an individual

federal defendant was acting within the scope of his office or employment at the time of the

incident out of which a state or common law tort claim arises, any civil action arising out of the

incident shall be deemed an action against the United States, and the United States shall be

substituted as sole defendant with respect to those claims. 28 U.S.C. § 2679(d). The Attorney

General has delegated certification authority to the United States Attorneys.  28 C.F.R. § 15.4.

4.      Dana J. Boente, United States Attorney for the Eastern District of Virginia, has

certified that at the time of the conduct alleged, individual defendant, SFC Jancewicz was acting

within the scope of his office or employment as an employee of the United States of America.

*See* Certification of Scope of Employment, Defendant's Exhibit 2 to Notice of Removal.

For the foregoing reasons, the United States of America has, by operation of law, been

substituted as the defendant with respect to Plaintiff's claim in this action and SFC Jancewicz

must be dismissed as a defendant in this action.

UNITED STATES OF AMERICA
Federal Defendant

DANA J. BOENTE
UNITED STATES ATTORNEY

By:

Joel E. Wilson
Assistant United States Attorney
Virginia State Bar No. 71701
Attorney for the Defendant,
United States of America
Office of the United States Attorney
for the Eastern District of Virginia
101 West Main Street, Suite 8000
Norfolk, VA 23510
757- 441-6331 Office
757-441-6689  Fax
joel.wilson@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of December, 2014, I will file the foregoing with the Clerk of Court and I hereby certify that I will mail the document by U.S. mail, postage prepaid, to the following:

Melissa J. Howell, Esq.
HOWELL LAW GROUP, PLLC
999 Waterside Drive, Suite 2525
Norfolk VA 23510
mhowell@howellhrlaw.com

Douglas W. Desmarais, Esq.
Kerstin M. Miller, Esq.
Smith & Downey, P.A.
320 E. Towsontown Blvd., Suite 1 East
Baltimore, MD 21286
ddesmarais@smithdowney.com

Counsel for Defendant Ardelle Associates, Inc.

John E. Carter, Esq.
John E. Carter, PC
4103 Chain Bridge Road, Suite 101
Fairfax, VA 22030
jcarterpc@aol.com

Counsel for Defendant Infused Solutions, LLC and Jamie Baker

Sheryl T. McCray
6 Kirkwood Circle
Hampton, VA 23666
Plaintiff Pro se

Joel E. Wilson
Assistant United States Attorney
Virginia State Bar No. 71701
Attorney for the Defendant,
United States of America
Office of the United States Attorney
for the Eastern District of Virginia
101 West Main Street, Suite 8000
Norfolk, VA 23510

757- 441-6331 Office
757-441-6689  Fax
joel.wilson@usdoj.gov