# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

REBECCA BEACH SMITH
CHIEF JUDGE

April 7, 2015

Clerk of Court
Hampton Circuit Court
101 Kings Way Mall
Hampton, VA 23669-0040

    **Re:**     Civil Action No. 4:14cv158
                  Case Style: McCray v. UNITED STATES OF AMERICA
                  Circuit Court Case No. CL14-1589

Dear Clerk of Court:

        Pursuant to 28 U.S.C. 1447(c), we enclose a certified copy of the order remanding the above-captioned case to your court.

                                        Very truly yours,

                                        **FERNANDO GALINDO, Clerk**

                                        By: _____

                                               **Deputy Clerk**