# *UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
NEWPORT NEWS DIVISION

## Thursday, June 11, 2015

**MINUTES OF PROCEEDINGS** IN ____Open Court____
**PRESENT**: THE HONORABLE ____Robert G. Doumar, Senior United States District Judge____
Courtroom Deputy:__Lori Baxter__
Law Clerk:____Matthew Lafferman____                                    Reporter:__Heidi Jeffreys, OCR__

| Set:   11:00 a.m. | Started: 11:20 a.m. | Ended:   12:15 p.m. |
|---|---|---|

| Case No.   4:14cv158 |
|---|
|  |
| Sheryl McCray |
| v. |
| Ardelle Associates Inc., et al. |
|  |
| Appearances:   James M. Erickson and W. John Probst appeared for the plaintiff.   Melissa J. Howell and Kerstin M. Miller appeared for Ardelle Associates Inc.   No appearance by Infused Solutions, LLC or by Jamie Baker. |
|  |
| Hearing held re: [6] Motion to Dismiss and Notice by Ardelle Associates Inc. of Demurrer and Plea in Bar/Motion to Dismiss.   Arguments of counsel.   For the reasons stated on the record, the Court GRANTS the Motion to Dismiss as to Ardelle Associates Inc. and will issue an order. |

Total Hours: _____